**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PETER LINUS,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-1293** |
| | : | |
| **THOMAS MCGINLEY,** *et al.*, | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this 6th day of May, 2026, upon consideration of Peter Linus's Motion to Proceed *In Forma Pauperis* (ECF No. 1), Prisoner Trust Fund Account Statement (ECF No. 5), and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1.      Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.      Peter Linus, #QP-6115, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case.  The Court directs the Superintendent of SCI Coal Township or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Linus's inmate account; or (b) the average monthly balance in Linus's inmate account for the six-month period immediately preceding the filing of this case.  The Superintendent or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case.  In each succeeding month when the amount in Linus's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's

income credited to Linus's inmate account until the fees are paid.  Each payment shall refer to the docket number for this case.

3. The Clerk of Court is **DIRECTED** to send a copy of this Order to the Superintendent of SCI Coal Township.

4. The Complaint is **DEEMED** filed.

5. All federal law claims in Linus's Complaint are **DISMISSED WITHOUT PREJUDICE**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), as barred by *Heck v. Humphrey*, 512 U.S. 477 (1994).  The dismissal is without prejudice to Linus filing a new case only in the event his underlying conviction is reversed, vacated, or otherwise invalidated.

6. All state law claims in Linus's Complaint are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

7. Linus's motion to appoint counsel (ECF No. 6) and request for service by the United States Marshal (ECF No. 7) are **DENIED AS MOOT**.

8. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON, J.**